ADAM DOE                                    [Address Provided Confidentially to the Clerk]
[Phone Provided Confidentially to the Clerk]      Plaintiff, Pro Se

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

ADAM DOE,

Plaintiff,

v.

ROB BONTA, in his official capacity as Attorney General of California,

GUADALUPE SANCHEZ, individually and in her official capacity, and

DOES 1-10,

Defendants.

Case No.: _2: 26 CV 1756 TLN JDP (PS)_

**FILED**

MAY 08 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## EMERGENCY MOTION TO PROCEED UNDER PSEUDONYM AND TO FILE EXHIBITS UNDER SEAL

Plaintiff, Adam Doe, appearing *pro se*, respectfully moves this Court for leave to proceed under a pseudonym and to file all attached Exhibits (1 through 18) under seal.

This Civil Rights action involves a State-Created Danger and violations of the 14th Amendment. As detailed in the attached Complaint, the public disclosure of Plaintiff's true legal identity, physical address, and the highly sensitive records contained in the Exhibits on the public docket would expose Plaintiff and his family to immediate risk of physical harm, harassment, and irreparable injury.

Plaintiff has provided his true identity to the Clerk of the Court in a separate, confidential document. In the interests of justice, physical safety, and the protection of victims' rights under Marsy's Law, Plaintiff requests that this motion be granted, that the docket reflect his name as "Adam Doe," and that Exhibits 1 through 18 be sealed from the public record.

**Respectfully submitted,**

**/s/ Adam Doe**