UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADAM DOE,

Plaintiff,

v.

ROB BONTA, et al.,

Defendants.

No. 2:26-cv-1756-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On June 11, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 10.)  Plaintiff filed objections on June 17, 2026, and they were considered by the undersigned.  (ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The proposed Findings and Recommendations filed June 11, 2026 (ECF No. 10) are ADOPTED in full;

1

2.    Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is DENIED; and

3.    This matter is referred back to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Date: July 21, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2