UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM DOE,

          Plaintiff,

    v.

ROB BONTA, *et al.*,

          Defendants.

Case No.  2:26-cv-1756-TLN-JDP (PS)

ORDER TO SHOW CAUSE

On July 6, 2026, defendants filed a motion to dismiss.  ECF No. 16.  To date, plaintiff has not responded to defendant Equifax's motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c).  To manage its docket effectively, the court requires litigants to meet certain deadlines.  The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendants' motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and may result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1.  The August 27, 2026 hearing on defendants is continued to September 10, 2026, at 10:00 a.m.

2.  By no later than August 27, 2026, plaintiff shall file an opposition or statement of non-opposition to defendants' motion.

3.  Plaintiff shall show cause, by no later than August 27, 2026, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendants; motion.

4.  Defendants may file a reply to plaintiff's opposition, if any, no later than September 3, 2026.

IT IS SO ORDERED.

Dated:     August 13, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2